# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JOSEPH EUBANKS JR.

Plaintiff,                                        CIVIL ACTION

    V.
                                          NO._____

DEPARTMENT OF COMMERCE,

Agency.                                           **COMPLAINT FOR**
DONALD EVANS, Secretary                           **RACIAL, NATIONAL ORIGIN**
ARTHUR DUKAKIS,                                   **GENDER DISCRIMINATION**
C. STEPHEN DRISCOLL,                              **DEFAMATION**
ROBERT SIMMONS,
BRUCE KAMERER,

Defendants.

1. The plaintiff is a resident of Boston, Suffolk County, Massachusetts and a citizen of the United States.

2. The defendant, the Department of Commerce, is located in Suitland, Prince Georges County, Maryland and is a federal agency.

3. The defendant Arthur Dukakis is a resident of Massachusetts, a citizen of the United States and an employee of aforementioned agency.

4. The defendant, C. Stephen Driscoll, is a resident of Massachusetts, a citizen of the United States and an employee of the aforementioned agency.

5. The defendant, Robert Simmons is a resident of Massachusetts, a citizen of the United States and an employee of the aforementioned agency.

6. The defendant, Robert Simmons, is a resident of Massachusetts, a citizen of the United States and employee of the aforementioned agency.

1

## Jurisdiction

7. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332, 1332 and under Title VII the Civil Rights Act of 1964, as amended 42 U.S.C. 2000(e) et seq.

The Plaintiff, pro-se, complaining of the Defendants, allege upon information and belief, as follows:

## Facts

8. On March 20, 2000, Joseph Eubanks Jr., Plaintiff, finally started employment after being tested, screened, and interviewed by employees of the Bureau of the Census some months earlier.

9. Throughout the Plaintiff's employment, Joseph Eubanks Jr. was verbally abused and harassed by his superiors and a colleague on a regular basis in a racially and ethically demeaning manner that is a violation of his civil rights.

10. Mr. Eubanks stated daily to his superiors that he was not being given the proper number of workers and other needed assistance as his other fellow employees had been given.

11. Plaintiff regularly stated in conference, office and personal meetings with management that he could not properly do his job as required because of lack of personnel assigned to his district.

12. Mr. Eubanks brought to the attention of management the beginning of ethnically or racially improper comments to his immediate superior which follows most common and standard EEO procedures.

13. Plaintiff noticed that he was being verbally harassed and neglected on a constant and regular basis due to his race, gender as well as national origin by the Defendants and felt that it adversely affected his overall performance.

14. Joseph Eubanks Jr. was treated badly and disciplined differently than all other Field Operations Supervisors because he is an African-American male.

15. Plaintiff was the only African-American Field Operations Supervisor within the Boston South Local Census Office during his employment.

16. Plaintiff was verbally abused and discriminated against until his final day of employment and his date of termination, May 23, 2000.

17. All of the defendants knowingly and willingly discriminated against the Plaintiff and the culmination of these actions was the immediate and sudden termination of Joseph Eubanks Jr.

18. All of the Defendants, took part in a conspiracy to deprive Boston residents of good-paying positions and job experience because of their race, ethnicity and gender.

19. The Plaintiff began aware of a pattern of unfairness and discrimination and because of his objections, he was unfairly and illegally terminated which is a clear and explicit violation of his civil rights.

20. Plaintiff was not properly informed of changes within his work area as a supervisor and was never given the proper and necessary assistance to effectively perform his job like his counterparts by the Defendants.

21. The Plaintiff suffered harm and documented emotional distress due to the harassment, discrimination, and defamation which was brought upon him by the Defendants.

22. The Defendants knowingly and willfully made false and misleading statements to local, state and federal elected officials as well as the media about the recruitment, testing, and/or hiring process of census employees.

23. The Defendants willfully and purposefully defamed the Plaintiff in order to discredit him and his statements of discrimination.

24. The Defendants as well as some other similar parties lost, misplaced, and/or destroyed crucial evidence such as daily progress, performance, and deployment reports as well as other crucial records in order that the Plaintiff might have a much harder time proving his case of discrimination.

25. The Defendants also purposely made false and misleading statements to investigators under the pains and penalties of perjury and the media in order to undermine the Plaintiff's truthful statements and the inquiries of other interested parties.

26. The Plaintiff is seeking the following relief:

   a) Compensatory Damages (unspecified and unlimited)
   b) Pain and Suffering (unspecified and unlimited)
   c) Costs (can be determined later)

Plaintiff suffered serious harm due to the Defendants actions and seeks proper and appropriate compensation relative to the harm and damage done him.

27. WHEREFORE, the Plaintiff demands judgment against the defendants for damages and such other relief as the Court deems just.

28. Plaintiff hereby formally requests a trial by jury.

29. The Plaintiff demands a trial by jury.

*Joseph Eubanks Jr.*

By plaintiff, pro-se

Joseph Eubanks Jr.
14 Ruthven Street
Dorchester, Massachusetts 02121
Telephone #- 1-(617) 445- 4755

4