UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH EUBANKS, JR.,
        Plaintiff,

v.   Civil Action No.  04-11978-GAO

DEPARTMENT OF COMMERCE, et al.,
        Defendants.

FURTHER ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    The Plaintiff having shown good cause why this case should not be dismissed, and the Plaintiff's application to proceed without prepayment of fees having previously been Granted under 28 U.S.C. § 1915, it is FURTHER ORDERED:

    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

November 12, 2004    /s/ George A. O'Toole
DATE                UNITED STATES DISTRICT JUDGE