UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
JOSEPH EUBANKS, JR.,                            )
                        Plaintiff,               )
                                                )          CIVIL ACTION
v.                                              )          NO. 04-11978-GAO
                                                )
DEPARTMENT OF COMMERCE,                         )
DONALD EVANS, Secretary;                        )
ARTHUR DUKAKIS;                                 )
C. STEPHEN DRISCOLL;                            )
ROBERT SIMMONS; and                             )
BRUCE KAMERER,                                  )
                        Defendants.              )
_____)

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the defendants in the above-captioned

action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris_____
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: January 19, 2005

### CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing was mailed, first class mail on January 19, 2005, upon the pro se plaintiff, Joseph Eubanks, Jr., at 14 Ruthven Street, Boston, MA 02121.

/s/Eugenia M. Carris_____
Eugenia M. Carris