# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JOSEPH EUBANKS JR. | COURT CASE NUMBER: 04-11978-GAO |
| DEFENDANT: Department of Commerce, Arthur Dukakis | TYPE OF PROCESS: Civil Complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Atty. Mary M. Ryese, Bureau of the Census

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4700 Silver Hill Road, Room 3077-3, Suitland, Maryland 20746

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JOSEPH EUBANKS JR.
14 Ruthven Street
Dorchester, MA 02121

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve agent at Bureau of the Census office.
Telephone # is: 1-(301) 763-2926

*2005 JAN 11 — RECEIVED U.S. MARSHAL SERVICE BOSTON, MA*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Joseph Eubanks Jr.
TELEPHONE NUMBER: 1-617-445-47__
DATE: 12/21/2004

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 37 | Nancy Falovera | 1/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy
*ALB*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: FWD to USMS District of Maryland at
2/2/05 — USMS D/MD served by Cert Mail

---

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

JOSEPH EUBANKS, JR.
        Plaintiff
V.

DEPARTMENT OF COMMERCE, ET AL.,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE     04-11978-GAO

TO: (Name and address of Defendant)

Arthur Dukakis

c/o Attorney Mary R. Ryears, Legal Counsel
Bureau of the Census
4700 Silver Hill Road, Room 3D773
Suitland, Maryland 20746

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH EUBANKS, PRO SO
14 Ruthven Street
Dorchester, MA 02121

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK

CLERK _Rebecca Greenberg_

DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Colleen White      ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Dept of Commerce
% Bureau of Census
Attn: Mary R. Ryerse
4700 Silver Hill Rd., Rm. 3077-3
Washington, D.C. 20233-3710

04-11978

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7003 3110 0004 0688 3347

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

04-11978  Postage  $  1.57     1/28
Certified Fee         2.30     Postmark Here
Return Reciept Fee
(Endorsement Required)  1.75
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $  5.57

7003 3110 0004 0688 3347

Dept of Commerce
% Bureau of Census
Attn: Mary R. Ryerse
4700 Silver Hill Rd., Rm. 3077-3
Washington, D.C. 20233-3710



# Track & Confirm

**Shipment Details**

You entered 7003 3110 0004 0688 3347

Your item was delivered at 11:37 am on February 02, 2005 in WASHINGTON, DC 20233.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 02, 2005, 6:32 am, WASHINGTON, DC 20022

**Notification Options**

▶ Track & Confirm by email    What is this?    Go >

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/detail    2/9/2005