UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH EUBANKS, JR., | ) | |
| Plaintiff, | ) | |
|  | ) | CIVIL ACTION |
| v. | ) | NO. 04-11978-GAO |
|  | ) | |
| DEPARTMENT OF COMMERCE, | ) | |
| DONALD EVANS, Secretary; | ) | |
| ARTHUR DUKAKIS; | ) | |
| C. STEPHEN DRISCOLL; | ) | |
| ROBERT SIMMONS; and | ) | |
| BRUCE KAMERER, | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND TIME TO FILE JOINT STATEMENT

The United States Department of Commerce, hereby moves for an extension of time, to and including July 18, 2005, within which to file a Joint Statement in this case. As grounds therefor, the undersigned counsel states that she has attempted to contact the pro se plaintiff to discuss a joint discovery plan and has not yet been able to reach him. The government mailed the pro se plaintiff a draft Joint Statement on June 28, 2005 and plaintiff responded by telephone message on July 12, 2005, but did not provide comments on the draft. The government believes that it would be beneficial to the Court and to the parties to have a Joint Statement rather than a statement by each party and would like to spend the next several days making additional efforts to that end. If the government is unable to reach plaintiff or if the parties cannot reach agreement, the government proposes that it file its own Statement on Monday, July 18, 2005.

WHEREFORE, the government respectfully requests that the Court allow this request for an extension of time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: July 13, 2005

## L.R. 7.1 Certification

The undersigned counsel states that she twice attempted to contact the pro se plaintiff by telephone on July 13, 2005 and has not received a response as of the time of this filing.

/s/Eugenia M. Carris
Eugenia M. Carris

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was mailed, first class mail on July 13, 2005, upon the pro se plaintiff, Joseph Eubanks, Jr., at 14 Ruthven Street, Boston, MA 02121.

/s/Eugenia M. Carris
Eugenia M. Carris
