UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH EUBANKS,<br>     Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE, ET AL.,<br>     Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-11978-GAO<br>)<br>)<br>)<br>) |

**JOINT STATEMENT**

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(d), the parties have conferred and hereby file the following Joint Statement and proposed pre-trial schedule in anticipation of the Scheduling Conference on July 19, 2005.

A.    Discovery Plan

The parties agree that it does not appear necessary that discovery exceed the limitations imposed by Fed. R. Civ. P. 26(b) and L. R. 26.1(C) and propose that discovery close on March 15, 2006.

As to expert discovery, reports from retained experts under Fed. R. Civ. P. 26(a)(2) shall be due from the plaintiff by December 23, 2005, and from the defendant by January 23, 2006. Expert depositions shall be completed by March 15, 2006.

B.    Motion Schedule

      1.    All motions for summary judgment filed by June 30, 2006.

      2.    All oppositions filed by July 28, 2006.

C.  Certifications

The parties will file Certificates in accordance with Local Rule 16.1(3) at the Scheduling Conference on July 19, 2005.

D.  Magistrate Judge

At this time, the parties do not consent to trial before a Magistrate Judge.

Respectfully submitted,

By the PLAINTIFF,

/s/Joseph Eubanks, Jr./EMC
Joseph Eubanks, Jr.,pro se
14 Ruthven Street
Dorchester, MA 02121


By the DEFENDANT,

By its attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3282

Date: July 13, 2005