UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH EUBANKS,
    Plaintiff,

v.

DEPARTMENT OF COMMERCE, ET AL.,
    Defendant

CIVIL ACTION
NO. 04-11978-GAO

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The undersigned representative of defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that she has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

U.S. Department of Commerce

By: _____
Christopher M. Paridon
U.S. Department of Commerce
Office of the General Counsel

Dated this 13th day of July, 2005.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Eugenia M. Carris
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3376