FILED
IN CLERKS OFFICE
2005 NOV 16 P 1:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

JOSEPH EUBANKS JR.,
Plaintiff,

v.

DEPARTMENT OF COMMERCE
DONALD EVANS, Secretary;
ARTHUR DUKAKIS;
C. STEPHEN DRISCOLL;
ROBERT SIMMONS;
BRUCE KAMERER,
Defendants.

CIVIL ACTION
NO. 04-11978-GAO
NOVEMBER 16, 2005

**PLAINTIFF'S REQUEST FOR AN EXTENSION OF DISCOVERY TIME TO SERVE UPON DEFENDANTS**

Plaintiff, Joseph Eubanks Jr., is formally requesting an extension of discovery time to serve upon defendants. Plaintiff has suffered an unexpected and untimely loss of his administrative file and has requested from defendant's counsel a copy of his complete administrative file.

Due to circumstances beyond the Plaintiff's control (i.e. a bad roof and numerous rainstorms), Plaintiff needs a workable and usable copy of his administrative file in order to rightfully serve the defendant's counsel with the proper requests for documents and interrogatories. Enclosed you will find an attached copy of the licensed roofer's estimate and contract which will show the extensive damage to the roof which is currently being repaired. For verification purposes, the court can feel free to contact the roofer at any time.

Plaintiff can submit his complete request for documents and interrogatories within forty-eight (48) hours of receipt of the administrative file in question.

Respectfully submitted,

JOSEPH EUBANKS JR.
Pro-se Plaintiff

Joseph Eubanks Jr.

Dated: November 16, 2005

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing document was mailed first - class certified receipt requested on November 16, 2005 upon defense counsel, Eugenia M. Carris at the U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Joseph Eubanks Jr.
Pro-se Plaintiff

14 Ruthven Street
Dorchester, MA 02121

1-(617) 445-4755

Civil Action No. 04-11978-GAO, [illegible] Ext., Nov. 15, [illegible]

# JOSEPH RABOIN

***Roof Maintenance Specialist***

*P. O. BOX 473*
*SOMERVILLE, MA 02143*
*617-625-2191*

*P. O. BOX 322*
*BILLERICA, MA 01862*
*978-663-8993*

*1-800-453-5030*

| PROPOSAL SUBMITTED TO | | PHONE | | DATE |
|---|---|---|---|---|
| [illegible] | | [illegible] | | [illegible] |
| STREET | | JOB NAME | | |
| [illegible] | | | | |
| CITY, STATE AND ZIP CODE | | JOB LOCATION | | |
| [illegible], MA [illegible] | | | | |
| ARCHITECT | DATE OF PLANS | | JOB PHONE | |
| | | | | |

We hereby submit specifications and estimates for:

[illegible] places of slate [illegible] — [illegible]
[illegible] — [illegible]
[illegible] chimney, all joints [illegible] roof line to top of chimney. — [illegible]
[illegible] lead and copper flashings [illegible] chimney [illegible] gutters, [illegible] — [illegible]
[illegible] of chimney. — [illegible]
[illegible] cap on top of chimney. — [illegible]
[illegible] ridge [illegible] — [illegible]
[illegible] — [illegible]
[illegible] — [illegible]

**We Propose** hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

________________________________ dollars ($______________)

Payment to be made as follows:

All material is guaranteed to be as specified. All work to be completed in workmanlike manner according to standard practices. Any alteration or deviation from above speciations involving extra costs will be executed only upon written orders, and will become an extra change over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature ______________________

Note: This proposal may be withdrawn by us if not accepted within ____________ days.

**Acceptance of Proposal** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of acceptance: ______________________

Signature ______________________

Signature ______________________

This contract is not transferable