UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 FEB 10  P 3: 19

DISTRICT COURT
DISTRICT OF MASS.

JOSEPH EUBANKS JR.        )
       Plaintiff,         )
                          )   Civil Action No: 04-11978-GAO
    v.                    )
                          )
Department of Commerce et al.,  )
       Defendant.         )

## MOTION TO QUASH DEPOSITION

    Pro-se Plaintiff seeks to move his date of deposition to a reasonable time frame from it's original date as sent to him on Tuesday, February 7, 2006 and received or served upon him by certified mail on Thursday, February 9, 2006. Agency's counsel, Assistant U.S. Attorney Carris is giving the Pro-se Plaintiff only eight days (8) notice (see attached documents: Exhibit A and B) for notice of deposition. This action is illegal, improper and unacceptable.

    Pursuant to the provisions of Rules 26 (4d), 27, 28 and 30 of the Federal Rules of Civil Procedure, persons who are to be deposed in an action should be given a minimum of twenty(20) days notice unless numerous other protections and offerings are made to the party that is requested to be deposed. Eight days (8) notice is by far below the threshold that is required according to combined rules of civil law and procedure.

    Plaintiff is only requesting that the date of Friday, February 17, 2006 be changed to another day other than between March 8-12, 2006 because the Pro-se Plaintiff or party in this matter will be on the other side of the country. Defense counsel is allegedly a veteran civil litigator and should know that eight (8) days notice is not enough time to be fair to the Pro-se Plaintiff and that this particular action is not in compliance with Federal Rules of Civil Procedure. Please note that the Pro-se Plaintiff is not an attorney, paralegal, or a student of legal studies and demands that defense counsel follow all proper rules and procedures in the future. **I want this duly noted in the record that this is a blatant violation of my rights as a Pro-se Plaintiff and I request that sanctions should be imposed against defense counsel, the defendants and their witnesses if this occurs again in the future.**

By Pro-se Plaintiff,

*Joseph Eubanks Jr.* (signature)
Joseph Eubanks Jr.

14 Ruthven Street
Boston, MA 02121

1-(617) 445-4755

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing document has been served upon the court at the civil court's clerk counter and to defense counsel, Eugenia M.Carris, or her agent at the U.S. Attorney's Office by hand Friday, February 10, 2006 by Pro-se Plaintiff.

*[signature]*
Joseph Eubanks Jr.
14 Ruthven Street
Dorchester, MA 02121

1-617-445 4755

Civil Action
No: 04-11978-GAO
Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH EUBANKS,            )
     Plaintiff,         )
                        )   Civil Action No: 04-11978-GAO
     v.                 )
                        )
Department of Commerce et al.,)
     Defendant.         )

FILED
CLERK'S OFFICE
2006 FEB 10 P 3: 19
DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF TAKING DEPOSITION

To: Joseph Eubanks, Jr.
    14 Ruthven Street
    Dorchester, MA 02121

Please take notice that the defendant in the above-captioned action, by its attorney, will take the deposition upon oral examination of Joseph Eubanks, Jr. on Friday, February 17, 2006 at 10:00 a.m. at

    The United States Attorney's Office
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

Pursuant to the provisions of Rules 28 and 30 of the Federal Rules of Civil Procedure, this deposition shall be taken before a Certified Shorthand Reporter and/or a Notary Public or other officer authorized to administer oaths by the laws of the United States or of the place where the examination is held. The oral examination will continue from day to day until complete.

                      UNITED STATES OF AMERICA

                      By its Attorneys,

                      MICHAEL J. SULLIVAN
                      United States Attorney

                      Eugenia M. Carris
                      Assistant U.S. Attorney
                      1 Courthouse Way, Suite 9200
                      Boston, MA 02210
Dated: February 7, 2006      (617) 748-3282

Civil Action No: 04-11978-GAO    Exhibit B


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

2006 FEB 10 P 3:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

## Search Results

Label/Receipt Number: **7000 0520 0025 1509 5739**
Status: **Delivered**

Your item was delivered at 10:40 am on February 09, 2006 in BOSTON, MA 02121.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )


POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    2/10/2006