UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| JOSEPH EUBANKS, JR., | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-11978-GAO |
| | ) | |
| DEPARTMENT OF COMMERCE, et al., | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO QUASH DEPOSITION**

The United States Department of Commerce files this response to plaintiff's "motion to quash deposition" and states that this motion is moot as it does not oppose rescheduling same. Please see the attached letter, which the undersigned counsel sent to plaintiff upon receiving his motion. As indicated in that letter, the government will file shortly a motion to extend the discovery period in this matter.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: February 13, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was mailed, first class mail on February 13, 2006 upon the pro se plaintiff, Joseph Eubanks, Jr., at 14 Ruthven Street, Boston, MA 02121.

/s/Eugenia M. Carris
Eugenia M. Carris