

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*
*Secretary's Tel. No. (617) 748-3282*
*Fax No. (617) 748-3971*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

February 10, 2006

Joseph Eubanks, Jr.
14 Ruthven Street
Dorchester, MA 02121

Re:  Joseph Eubanks, Jr. v. Department of Commerce, et al.
     U.S. District Court Civil Action No. 04-11978-GAO

Dear Mr. Eubanks:

I am in receipt of your "Motion to Quash Deposition." The government does not oppose rescheduling the deposition to a mutually convenient date, but notes for the record that you did not comply with Local Rule 7.1 when filing this motion. Please contact my office to set up a time for your deposition. Please also note that, because discovery closes on March 15, 2006, we will have to seek an extension of time of the discovery period. Please let me know by February 17, 2006 whether you will assent to such a motion. You can call my assistant, Janice Zaniboni, at 617-748-3282. Thank you.

Very truly yours,

Eugenia M. Carris
Assistant U.S. Attorney