UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH EUBANKS, JR., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11978-GAO |
| ) | |
| DONALD EVANS, Secretary of Commerce ) | |
| U.S. Department of Commerce, ) | |
| Defendant ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), defendant Donald Evans, Secretary of Commerce, U.S. Department of Commerce ("Defendant"), hereby submits this motion to dismiss plaintiff's claims for lack of subject matter jurisdiction. As grounds for this motion, more fully set forth in the accompanying memorandum of law, defendant asserts that plaintiff failed to exhaust his administrative remedies in that he failed to file suit within the statutory time limitations with regards to this complaint and that he added additional claims to the formal complaint that were not alleged in the pre-complaint counseling.

WHEREFORE, the defendant respectfully requests that this Court grant its motion to dismiss plaintiff's complaint in its entirety.

Respectfully submitted,

DONALD EVANS,
Secretary of Commerce,
U.S. Department of Commerce,

By: /s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Of Counsel:

Christopher M. Paridon
U.S. Dept. of Commerce
Office of General Counsel (E&LLD)
Bureau of the Census
4700 Silver Hill Road, Suite 1221
Washington, DC 20233

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel certifies that pursuant to Local Rule 7.1(A)(2), she contacted Joseph Eubanks, Jr. in an effort to narrow or resolve the issues presented in this motion. Plaintiff has indicated that he opposes this instant motion.

Dated: March 2, 2006

/s/Eugenia M. Carris
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this 2nd day of March 2006, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:   Joseph Eubanks, Jr., *pro se*, 14 Ruthven Street, Boston, MA 02121

/s/Eugenia M. Carris
Assistant U.S. Attorney