Joseph Eubanks, Jr.
v. Donald Evans, Secretary of Commerce, U.S. Dept of Commerce
U.S. District Court Civil Action No. 04-11978-GAO

Exhibits to Memorandum in Support of Defendant's Motion to Dismiss
dated 3/2/06

# EXHIBITS 1 thru 12

# ARE NOT SCANNED DUE TO VOLUME

# Hard Copy and 2 Disks containing pdf format

# of Exhibits filed in Clerk's Office

# INDEX

Exhibit 1–Form D-282 Documentation of Performance and/or Conduct Problems

Exhibit 2–Progress Reports

Exhibit 3–General Declaration of Bruce Kamerer

Exhibit 4–Notification of Personnel Action

Exhibit 5–EEO Counselor's Report

Exhibit 6–Notice of Complainant's Rights and Responsibilities

Exhibit 7–Plaintiff's Complaint

Exhibit 8–EEOC Dismissal Letter

Exhibit 9–Plaintiff's Appeal Letter

Exhibit 10–EEOC Administrative Judge's Dismissal Order

Exhibit 11–Final Agency Decision

Exhibit 12–Plaintiff's Appeal of Agency Final Decision

Exhibit 13-EEOC Office of Federal Operations's June 3, 2004 Decision