UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOSEPH EUBANKS, Jr.,                )
                    Plaintiff,      )
                                    )
       v.                           )   C.A. No. 04-11978-GAO
                                    )
DONALD EVANS, Secretary of Commerce )
U.S. Department of Commerce,        )
                    Defendant       )
_____)

## DEFENDANT'S MOTION TO STAY DISCOVERY

Pursuant to Fed. R. Civ. Proc. 26(c), Defendant Donald Evans, Secretary of Commerce, U.S. Department of Commerce ("Defendant"), hereby submits this motion to stay discovery pending the resolution of Defendant's Motion to Dismiss for lack of subject matter jurisdiction, which the defendant files simultaneously herewith. A motion to stay is the most prudent way to proceed in this matter given that the defendant believes this action will be resolved on its motion to dismiss.

Recently, plaintiff served additional and repetitive discovery requests on the government after the defendant had already responded to Plaintiff's Request for Interrogatories and Production of Documents. Rather than burdening the Court with multiple motions to quash, the government moves to stay discovery. Staying discovery will save the resources of both the government and this Court. Plaintiff has indicated that he wishes to extend the discovery period and granting the government's motion will not prejudice the plaintiff.

WHEREFORE, the defendant respectfully requests that this Court grant its motion to stay discovery.

Respectfully submitted,

DONALD EVANS,
Secretary of Commerce,
U.S. Department of Commerce

By: /s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel certifies that pursuant to Local Rule 7.1(A)(2), she contacted Joseph Eubanks, Jr. in an effort to narrow or resolve the issues presented in this motion. Plaintiff has indicated that he does not oppose extending the discovery period but has not expressed a view on the instant motion.

Dated: March 2, 2006         /s/Eugenia M. Carris
                             Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this 2nd day of March 2006, served upon the person listed below a copy of the foregoing document by first-class mail: Joseph Eubanks, Jr., *pro se*, 14 Ruthven Street, Boston, MA 02121

/s/Eugenia M. Carris
Assistant U.S. Attorney