March 15, 2006

```
                                           FILED
                                        IN CLERKS OFFICE

                                        2006 MAR 16  A 11: 29

                                        U.S. DISTRICT COURT
                                        DISTRICT OF MASS.
```

The Honorable George O'Toole          Re: CIVIL 04-11978-GAO
John J. Moakley Courthouse            **Joseph Eubanks Jr. vs.**
1 Courthouse Way, Suite 2300          **Department of Commerce et. al**
Boston, MA       02210                **Defendants.**

Dear Judge O'Toole,

      I am personally writing to you and sending copies of this to other involved parties so that this can not be construed as ex-parte communication. I have been constantly thwarted in handling my case pro-se by several parties. There are several people who work at your courthouse who are not doing their job and acting in a professional manner. On Thursday, March 2, 2006, I spoke to docket clerk **Eugenia Edge** and a conversation of a few minutes which I can verify by cell phone records.

  At that time, I asked clerk Edge has she received any motions or legal notices from assistant **U.S. Attorney Eugenia Carris** or her agent regarding my case. She then stated that attorney Carris had just filed a motion to dismiss and also a motion to stay discovery pending the outcome of the motion to dismiss. I was then told by her that I had fifteen (15) days to respond to the motions of defense counsel that were filed that day and that I received on the late afternoon of Saturday, March 4, 2006.

  In our conversation, I mentioned to her that I have not been receiving the court disposition notices. Those notices that are a result of the judges' rulings and decision. Ms. Edge even corroborated my legal mailing address and she did have the correct address on file.

  I have been rightfully following all of the proper court procedures and deadlines as reported to me. My phone calls are not been returned and properly answered. In the past, I have called pro-se clerk **Susan Janness**, and also **Paul Lyoness** and they refuse to return my phone calls. I really do not know what "game" that they are trying to play. **This questionable and unprofessional behavior has been a pattern and I want it duly noted on the record.**

  **I also want it noted on the record that because of the disrespectful and neglected treatment hat I have received and because of the frivolous and bogus motions filed by defense counsel that I am retaining an attorney as soon as possible. Please note that defense counsel purposely filed her merit less and bogus motions right before I want on vacation. Assistant U.S. Attorney Carris was made well aware of my departure from March 8-13 and she filed these motions knowing full well in advance by mail and phone that I was going out of town.**

  **All I want is my day in court in front of a jury and justice served.**

cc: U.S. Attorney Michael Sullivan
cc: The Honorable Judge Mark L. Wolf
cc: Assistant U.S. Attorney Jennifer Boal
cc: Assistant U.S. Attorney Eugenia Carris

Sincerely yours,

Joseph Eubanks Jr.