UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 16  P 4: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH EUBANKS JR., )
       Plaintiff, )
) CIVIL ACTION
) NO. 04-11978-GAO
)
DEPARTMENT OF COMMERCE, )
et al., )
       Defendants. )

### RESPONSE TO DEFENSE COUNSEL'S MOTION TO DISMISS

Due to the complex and adversarial nature of this case, I am opposing defense counsel's merit less and frivolous motion to dismiss. Plaintiff is requesting that this case is stayed for at thirty (30) days or preferably sixty days (60) while Pro-se Plaintiff in this matter seeks competent and experienced counsel that is allowed to practice in federal court. I humbly make this request for a temporary stay of proceedings to allow me, the Pro-se complainant, time to find proper counsel.

The Pro-se Plaintiff in this case has dealt with many adversarial issues relative to this case that probably would not have occurred if he was an attorney licensed to practice in federal court. Defense counsel took over six weeks to answer four (4) interrogatories and a limited number of requests for production of documents. Even then, many of the questions that were posed to the defendants were not answered properly and false claims of privilege and Privacy Act were claimed. Many of the documents that should have been retained by the Agency have not been kept by them and the defendants named in this case. Defense counsel has also violated the Plaintiff's right to proper due process and

his constitutional rights. As stated in the Pro-se Plaintiff's previous motion to quash the deposition, all parties are supposed to be given twenty (20) days for a notice of deposition and the Pro-se Plaintiff was only given eight (8) days by defense counsel. Also the pro-se Plaintiff made what he thought was reasonable offer to defense counsel and asking them to counter in writing. Defense counsel demanded that the Plaintiff call, come and meet for some unknown reason but to be confrontational and adversarial. Even that offer came with the threat of defense counsel filing a motion for summary judgment.

Therefore for these reasons and others, I have to humbly request a stay of proceedings while I find and retain counsel and no longer be pro-se. In my opinion, it is in the best interest of myself, the court and defense counsel that a licensed legal professional handles my case from now on.

Respectfully submitted,

Joseph Eubanks Jr.

14 Ruthven Street
Boston, MA 02121

Dated: March 16, 2006

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing document was served by hand on March 16, 2006 by the pro-se plaintiff upon defense counsel at the U.S. Attorney's Office John J. Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, Ma 02210.

Joseph Eubanks Jr.