UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 16  P 4: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH EUBANKS JR.,
    Plaintiff,

CIVIL ACTION
NO. 04-11978-GAO

DEPARTMENT OF COMMERCE,
et al.,
    Defendants.

**PLAINTIFF'S RESPONSE TO DEFENSE COUNSEL'S MOTION TO STAY DISCOVERY**

The Pro-se Plaintiff in this case agrees to stay discovery as it relates to his motion to stay proceedings for the purpose of retaining defense counsel. The complainant in this matter does not have any problems with extending discovery since his counsel will rightfully need time to conduct his or her own discovery on behalf of the Plaintiff. Defense counsel's motion to dismiss is totally bogus and far reaching and is trying to circumvent finishing discovery by filing a frivolous motion.

I oppose the stay as it relates to defense counsel's flawed claims and weak motion but as it relates to staying the case for the purpose of retaining counsel for the pro-se plaintiff, I agree to staying discovery until a proper time as deemed by the judge in this matter.

Respectfully submitted,

Joseph Eubanks Jr.

14 Ruthven Street
Boston, MA 02121

1-(617) 445-4755

Dated: March 16, 2006

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing document was served by hand by the pro-se Plaintiff upon defense counsel at the U.S Attorney's Office, John J. Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210.

Joseph Eubanks Jr.