UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JOSEPH EUBANKS, JR.          )     C. A. NO. 04-11978-GAO
Plaintiff                                    )
                                            )
Vs.                                           )
                                            )
DONALD EVANS, Secretary of Commerce,  )
U. S. Department of Commerce, et al.       )
Defendants                              )
_____)

ENTRY OF APPEARANCE

Please enter my appearance as Counsel for Plaintiff in the above-captioned action.

Joseph Eubanks, Jr.
By his attorney,
Mitchell J. Notis

/s/Mitchell J. Notis

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700
BBO# 374360

Case 1:04-cv-11978-GAO    Document 24    Filed 04/05/2006    Page 2 of 2