# ATTACHMENT ONE

# AFFIDAVIT OF PLAINTIFF JOSEPH EUBANKS, JR.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-11978-GAO

JOSEPH EUBANKS, JR.
*Plaintiff*

v.

DONALD EVANS, Secretary of Commerce,
U. S. Department of Commerce, et al.
*Defendants*

**AFFIDAVIT OF JOSEPH EUBANKS**

I, Joseph Eubanks hereby depose and state as follows:

1. During 2003, 2004 and 2005, I had various problems with my mail delivery, which are set forth as follows:
    [a] I would receive certified mail with it being left in my mailbox with no one having signed for it and with the return receipt card (the green card) having been left attached to the piece of mail;
    [b] I received packages of mail for people who lived at 140 Ruthven Street. I live at 14 Ruthven Street. I assume that people living at 140 Ruthven Street also received my mail;
    [c] I would regularly receive mail that, based upon its condition, appeared to have been put in my mailbox by non-postal employees after misdelivery. These pieces of mail which appeared to have initially been misdelivered included checks sent to me and other important mail;
    [d] Misdelivered mail that I left for the postal carrier to pick-up (in other words mail which had been delivered to me by mistake) would not be picked up, so I would eventually have to bring it to the post office myself;
    [e] There were days when no mail was delivered to me when I would have thought mail should have been delivered and that I should have received some;
    [f] In 2004, my mailbox was downstairs in my house, was labeled "Eubanks" and was locked. There was an older box on the other side of the porch which had no lock and no label on it. Mail was not supposed to be delivered there. At different points before and after June of 2004, I told

     the letter carrier delivering mail to my house not to leave mail in the unlocked, unmarked box. There were often substitute letter carriers. When I saw them I would tell them this as well. In the May and June, 2004 time period and earlier, mail was sometimes left for me in the unlocked, unmarked box as well as in the locked, marked box, contrary to my instructions. However, during this time period, as I was awaiting the EEOC decision in my case and other important mail, on a daily basis I would check both mailboxes to see if there was any mail for me. However, I also recall that particularly on days when I had no mail in my locked, marked mailbox, I would always check the unlocked, unmarked box for mail as well.

2. I do not recall the exact date I received the June 3, 2004 EEOC decision at issue in the Motion to Dismiss.

3. I recall that during June of 2004, I checked my mail everyday, and I was not out of town until June 30th, so I know that I checked for my mail every day that it could have been delivered during June, 2004.

4. I recall that the day I opened the EEOC decision, was the same day that the decision arrived in my mailbox. That same day I used a calendar to determine the deadline for filing my Complaint in U.S. District Court.

5. The business day after I received the EEOC decision, I called the Pro Se Clerk's office at the U.S. District Court and spoke with a clerk. I do not recall the name of the person I spoke with. I requested a pro se filing packet. I did not receive it within a week or two. So, approximately two weeks later I went to the U.S. District Court Clerk's Office, spoke to a clerk and was given a pro se filing packet. In getting the packet, the clerk and I spoke and, based on when I received the EEOC decision, we determined the day the Complaint was due to be filed (which was the same date I had computed previously). The clerk told me that many people wait until the last day or the next to last day to actually file their Complaints.

6. Based upon my computation of the deadline for filing my Complaint, I filed my Complaint in U.S. District Court on September 10, 2004, which again based upon my computations, was both timely, and was within 90-days of my receipt of the EEOC decision. It is my belief and recollection that this was either the last date to file or the next to last date to file. Accordingly, based upon these recollections, I state that I received the EEOC decision on June 12, 2004 or later.

7. On the day of my termination of employment from the Department of Commerce, after learning of my termination, I was very upset. I went to the Boston Medical Center Emergency Room, due to extreme headaches and tension I felt and I also because I felt my blood pressure was very high. I was seen by a doctor to whom I explained the situation. I do not recall the doctor's name at this time.

8. The doctor I saw at Boston Medical Center Emergency Room told me I was suffering from tension headaches and asked me if I wanted to see a Mental

        Health Professional. I declined. He also told me not to deal with any issues related to my job for several weeks.

9. As a result of how I was feeling and what the doctor said to me, when I received the 5/31/00 letter from my EEOC counselor telling me of my 15 day right to file a complaint, I took it into my home but did not immediately open it. I do not recall the date I received it, or the date that I opened it. Based on my best current recollection, I did not wait more than two weeks to open the letter. As soon as I opened the letter, I realized I might be very close to the deadline for filing my Complaint of Discrimination with the Department of Commerce, but I did not know the exact deadline. As a result, I filled out the form immediately, took it to the post office that day, and sent it by U.S. Express Mail Next Day Delivery to the Department of Commerce where it was received the next day. I had used the U. S. Postal Service tracking process to determine that the form had indeed been received by the Department of Commerce the next day. As is acknowledged by Defendant in its motion to dismiss, my complaint was filed on July 18, 2000. I filed this within the 15-day deadline. I also note that if the 15 day right to sue letter had been mailed to me on 5/31/00 as is claimed by Defendant, it took at least three weeks for the letter to reach me, which does not make sense.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17 DAY OF MAY, 2006.

 

_____
JOSEPH EUBANKS