UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
JOSEPH EUBANKS,                     )
            Plaintiff,              )
                                    )        CIVIL ACTION
      v.                            )        NO. 04-11978-GAO
                                    )
DEPARTMENT OF COMMERCE, ET AL.,)
            Defendant               )
_____)
```

**REVISED JOINT PROPOSED SCHEDULE**

Pursuant to the Court's August 25, 2006 Order, the parties submit the following joint proposed pre-trial schedule.

A.    Discovery Plan

The parties agree that it does not appear necessary that discovery exceed the limitations imposed by Fed. R. Civ. P. 26(b) and L. R. 26.1(C) and propose that discovery close on March 23, 2007.

As to expert discovery, reports from retained experts under Fed. R. Civ. P. 26(a)(2) shall be due from the plaintiff by January 23, 2007, and from the defendant by February 23, 2007. Expert depositions shall be completed by March 23, 2007.

B.    Motion Schedule

1.    All motions for summary judgment filed by June 29, 2007.

2.    All oppositions filed by July 30, 2007.

C.    <u>Magistrate Judge</u>

At this time, the parties do not consent to trial before a Magistrate Judge.

Respectfully submitted,

By the PLAINTIFF,

<u>/s/Mitchell J. Notis/EMC</u>
Mitchell J. Notis
Annenberg & Levine, LLC
370 Washington Street
Brookline, MA 02446

By the DEFENDANT,

By its attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

<u>/s/ Eugenia M. Carris</u>
Eugenia M. Carris
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3282

Date: August 25, 2006