UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH EUBANKS, JR., | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-11978-GAO |
| | ) | |
| DEPARTMENT OF COMMERCE, | ) | |
| DONALD EVANS, Secretary; | ) | |
| ARTHUR DUKAKIS; | ) | |
| C. STEPHEN DRISCOLL; | ) | |
| ROBERT SIMMONS; and | ) | |
| BRUCE KAMERER, | ) | |
|     Defendants. | ) | |

**MOTION TO EXTEND DISCOVERY SCHEDULE**

The parties hereby jointly move that the Court extend the discovery period in this matter to conclude September 21, 2007. In support of this motion, the parties state as follows:

1. This is an action in which the plaintiff alleges that the Agency discriminated against him in terms, conditions and privileges of employment because of his race. Defendant contends that it did not discriminate or retaliate against the plaintiff.

2. The parties have been proceeding diligently with discovery in this matter, and are in the process of responding to written discovery.

3. The undersigned government counsel is transferring to the Criminal Division of the U.S. Attorney's Office beginning March 1, 2007 and this matter will be assigned to a new Assistant U.S. Attorney forthwith.  That counsel, who will shortly be filing an appearance in this matter, will require time to get up to speed.

4. Although the parties have been diligent, they do not believe, given the above, that all discovery, including depositions and other third-party discovery, can be completed within the time set forth in the current pre-trial schedule. In addition to the factors set forth above, out of town agency counsel in this matter wishes to be present for depositions and this fact may further delay scheduling.

5. The parties believe that a six-month extension of the pre-trial schedule dates will permit them to prepare, and possibly resolve, this case in a thorough and orderly fashion.

6. The parties respectfully submit that a six-month Pre-trial Schedule extension will not unduly delay the resolution of this matter and will not prejudice any party.

7. As the Court invited the parties to do at the December 12, 2006 status conference, the parties further respectfully request that the Court reset the March 20, 2007 status conference to a date in September (other than September 13, 2007) as the March date will not allow new counsel sufficient time to get up to speed on this case.

8. The parties further request that the Court set November 30, 2007 as the date by which any summary judgment motion shall be filed, with the response due December 31, 2007.

WHEREFORE, the parties jointly move that the Court allow the extension of the discovery period to September 21, 2007.

        Respectfully submitted,

        By the PLAINTIFF,

        /s/Mitchell J. Notis/EMC
        Mitchell J. Notis
        Annenberg & Levine, LLC
        370 Washington Street
        Brookline, MA 02446

        By the DEFENDANT,

        By its attorney,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

        /s/ Eugenia M. Carris
        Eugenia M. Carris
        Assistant United States Attorney
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        (617) 748-3282

Dated: February 15, 2007