UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH EUBANKS, JR., ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11978-GAO |
| ) | |
| DEPARTMENT OF COMMERCE, ) | |
| DONALD EVANS, Secretary; ) | |
| ARTHUR DUKAKIS; ) | |
| C. STEPHEN DRISCOLL; ) | |
| ROBERT SIMMONS; and ) | |
| BRUCE KAMERER, ) | |
|     Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the defendants in the above-captioned action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Rayford Farquhar
Rayford Farquhar
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: March 14, 2007    (617) 748-3100

## CERTIFICATE OF MAILING

This is to certify that a true copy of the above was electronically mailed to plaintiff's counsel of record.

/s/ Rayford Farquhar
Rayford Farquhar
Assistant United States Attorney

Dated: March 14, 2007