UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH EUBANKS, JR., ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11978-GAO |
| ) | |
| DEPARTMENT OF COMMERCE, ) | |
| DONALD EVANS, Secretary; ) | |
| ARTHUR DUKAKIS; ) | |
| C. STEPHEN DRISCOLL; ) | |
| ROBERT SIMMONS; and ) | |
| BRUCE KAMERER, ) | |
| Defendants. ) | |
| _____) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the defendants in the above-captioned action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF MAILING

This is to certify that a true copy of the above was electronically mailed to plaintiff's counsel of record.

/s/Eugenia M. Carris
Assistant U.S. Attorney

Dated: March 14, 2007