UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-11978-GAO

**JOSEPH EUBANKS, JR.**
*Plaintiff*
v.
**DONALD EVANS, Secretary of Commerce,**
**U. S. Department of Commerce, et al.**
*Defendants*

JOINT MOTION TO EXTEND DISCOVERY PERIOD

The parties to the above-captioned action, through counsel, hereby respectfully request that the Court extend the discovery period in this action by 30 days, up to and including September 30, 2007. As grounds for this motion, the parties state as follows:

1. This is an action by a former federal employee alleging discrimination in employment.
2. Discovery in this case is currently scheduled to conclude by August 30, 2007.
3. Due to the trial and vacation schedules of counsel, counsel do not believe they will be able to complete discovery by August 30, 2007.
4. A discovery extension of 30 days will allow counsel to complete discovery in a reasonable and thorough manner.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, that the time in which the parties may engage in discovery be extended up to and including September 30, 2007.

Respectfully submitted,

Plaintiff
By his attorney,
Mitchell J. Notis

/s/Mitchell J. Notis
_____

Mitchell J. Notis
Law Office of Mitchell J. Notis
370  Washington Street
Brookline, Massachusetts 02445
617-566-2700

Defendants,
By their attorneys,
Michael J. Sullivan
United States Attorney
Rayford A. Farquhar
Assistant United States Attorney

/s/Rayford A. Farquhar

_____
Rayford A. Farquhar
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3284

### CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 1st day of August, 2007.

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700