UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-11978-GAO

**JOSEPH EUBANKS, JR.**
*Plaintiff*
v.
**DONALD EVANS, Secretary of Commerce,**
**U. S. Department of Commerce, et al.**
*Defendants*

JOINT MOTION TO EXTEND PERIIOD FOR FILING OF SUMMARY JUDGMENT MOTION

The parties to the above-captioned action, through counsel, hereby respectfully request that the Court extend the time within which Defendant is allowed to file any motion for summary judgment by 30 days, up to and including January 13, 2008. As grounds for this motion, the parties state as follows:

1. This is an action by a former federal employee alleging discrimination in employment.
2. Summary Judgments motions are scheduled to be filed in this action by December 14, 2007, with any opposition to be filed by January 4, 2008.
3. The parties are currently engaged in settlement discussion, which they hope will enable them to resolve this case.
4. Counsel believe that the filing of a summary judgment motion in this action will prevent the parties from being able to complete their settlement discussions.
5. An extension of 30 days in which to allow the filing of any summary judgment motions, will allow the parties adequate time to determine if this case may be resolve through a negotiated settlement, while at the same time, will allow for the timely filing of summary judgment motions if settlement is not possible.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, that the time in which summary judgment motions may be filed be extended up to and including January 13, 2008, and that any oppositions to any summary judgment motions be filed by February 4, 2008.

      Respectfully submitted,

Plaintiff
By his attorney,
Mitchell J. Notis

/s/Mitchell J. Notis
_____

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700

Defendants,
By their attorneys,
Michael J. Sullivan
United States Attorney
Rayford A. Farquhar
Assistant United States Attorney

/s/Rayford A. Farquhar

_____
Rayford A. Farquhar
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3284

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 4th day of December, 2007.

      /s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700